**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge:** Eric J. Markovich | **Date:** February 17, 2021 |
| **USA v. Felicia Konold** | **Case Number:** 21-00110MJ-001-TUC-EJM |

**Assistant U.S. Attorney:** Beverly K. Anderson
**Attorney for Defendant:** Vicki Brambl, AFPD for Jay Marble
**Interpreter:** N/A
**Defendant:** ☒ Present  /  ☒ Custody (VTC with consent)

**DETENTION HEARING:**

Pretrial Services provides the Court with a report, recommending release of defendant on conditions that impose home detention with electronic monitoring. The Government makes record in support of the release conditions being imposed.

Defense counsel for defendant makes objections to certain conditions, mainly the electronic monitoring condition based on defendant being a caretaker.

The Government responds and argues support for adoption of the release conditions as presented by the Pretrial Services.

The Court orders defendant released on conditions as proposed by Pretrial Services, including electronic monitoring and home detention. Pretrial Services will install the unit upon release. Defendant is advised on the record and allows counsel to sign Order Setting Conditions of Release and will be released on Judge's signature on 2/18/2021, to report to Pretrial Services.

**STATUS ON REMOVAL HEARING:** rescheduled at request of counsel.
 Set for: 2/22/2021, at 2:30 p.m., before: Magistrate Judge Eric J. Markovich. If the defendant chooses to appear by phone for the status conference, his attorney needs to be present in court to sign the removal paperwork on behalf of their clients if the removal hearing is waived. The Initial Appearance is scheduled in the District of Columbia on February 26th, 2021 at 1:00 PM. The defendant asks that any Preliminary Hearing be held in the District of Columbia.

**Recorded By** Courtsmart                                          **Det. hrg: 18 min**
**Deputy Clerk** Allison Siquieros

                                                                     **Start: 9:18 AM**
                                                                     **Stop: 9:54 AM**