AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

☑ FILED ☐ LODGED
☐ RECEIVED ☐ COPY

FEB 22 2021

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
### For the District of Arizona

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 21-00110MJ-001-TUC-EJM |
| ) | |
| **Felicia Konold** ) | Charging District: District of Columbia |
| *Defendant* ) | Charging District's Case No. 1:21-mj-00218 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| **Place:** District of Columbia  MAGISTRATE JUDGE: TBA | **Courtroom No.:** | •ZOOM (info to be provided by Gov to Defense counsel) TBA |
|---|---|---|
| | **Date: Time:** | February 26, 2021 Initial Appearance set for February 26, 2021 at 1:00PM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 2/22/21

_____
*Judge's signature*

Eric J. Markovich, United States Magistrate Judge
*Printed name and title*